(108 So. 924)

Buford HURST v. STATE. (4 Div. 202.) (Court of Appeals of Alabama. April 20, 1926.) Appeal from Circuit Court, Barbour County; J. S. Williams, Judge. G. W. Winn, of Clayton, for appellant. Harwell G. Davis, Atty. Gen., and Chas. H. Brown, Asst. Atty. Gen., for the State.

BRICKEN, P. J. The accusation against appellant, for which he was convicted, is that he operated an automobile for hire without first having paid for and taken out a license so to do. The prosecution originated in the county court, and from a conviction in that court he appealed to the circuit court. He was there tried upon a complaint filed by the solicitor, was again convicted, and appeals to this court. Revenue Code 1923, p. 245, § 13, requires a license tax for each automobile or motorcar used for transportation of passengers paying fare. Revenue Code 1923, p. 228, § 309, makes it unlawful for any person to do any act for which a license is required by law, without having first paid for and taken out a license therefor in the manner provided in the act. Any person convicted of the above shall be fined not less than the amounts of all licenses required of them, and not more than $100 in addition thereto, and may be sentenced to six months' hard labor for the county. The record proper, upon which this appeal is predicated, is regular in all things. No question is presented for our consideration. Affirmed.

---

(108 So. 924)

S. W. IRWIN v. D. S. ECHOLS. (8 Div. 480.) (Court of Appeals of Alabama. May 25, 1926.) Appeal from Morgan County Court; W. T. Lowe, Judge.

RICE, J. Appeal dismissed by appellant.

---

(110 So. 921)

Will IVEY v. STATE. (4 Div. 283.) (Court of Appeals of Alabama. Nov. 9, 1926.) Appeal from Circuit Court, Russell County; J. S. Williams, Judge. Burglary.

RICE, J. Affirmed.

---

(106 So. 918)

John JACKON v. STATE. (1 Div. 632.) (Court of Appeals of Alabama. Nov. 24, 1925. Rehearing Denied, Dec. 8, 1925.) Appeal from Circuit Court, Mobile County; Saffold Berney, Judge. F. K. Hale, Jr., of Mobile, for appellant. Harwell G. Davis, Atty. Gen., for the State.

RICE, J. The appeal is from a judgment of conviction of the offense of distilling, etc., and is upon the record proper, without bill of exceptions. In such circumstances, the written charge, refused to defendant, will not be considered. There being no error apparent, the judgment is affirmed.

---

(106 So. 918)

Cleo JACKSON v. STATE. (7 Div. 163.) (Court of Appeals of Alabama. Jan. 19, 1926.) Appeal from Circuit Court, Calhoun County; R. B. Carr, Judge. Grand larceny.

SAMFORD, J. Appeal dismissed.

---

(109 So. 925)

Henry JACKSON, alias Johnson, v. STATE. (7 Div. 225.) (Court of Appeals of Alabama. June 1, 1926.) Appeal from Circuit Court, Calhoun County; R. B. Carr, Judge. Forgery.

RICE, J. Appeal dismissed.

---

(106 So. 918)

JACKSON SECURITY CO. v. STATE. (6 Div. 742.) (Court of Appeals of Alabama. Nov. 27, 1925.) Appeal from Circuit Court, Jefferson County; Richard V. Evans, Judge.

PER CURIAM. Appeal dismissed for want of prosecution.

---

(106 So. 918)

S. J. JAMES v. CITY OF TUSCALOOSA. (6 Div. 779.) (Court of Appeals of Alabama. Nov. 27, 1925.) Appeal from Circuit Court, Tuscaloosa County; Fleetwood Rice, Judge.

PER CURIAM. Appeal dismissed for want of prosecution.

---

(110 So. 921)

Curt JAMES v. STATE. (6 Div. 152.) (Court of Appeals of Alabama. Dec. 7, 1926.) Appeal from Circuit Court, Walker County; Ernest Lacy, Judge.

BRICKEN, P. J. Appeal dismissed.

---

(107 So. 926)

JAMES K. GLENNON & CO. v. Edward S. AMROCK, Jr., et al. (1 Div. 667.) (Court of Appeals of Alabama. Feb. 2, 1926.) Appeal from Circuit Court, Mobile County; Saffold Berney, Judge.

SAMFORD, J. Appeal dismissed by appellant.

---

(108 So. 924)

J. BICE & SONS v. W. C. ROBINSON. (5 Div. 595.) (Court of Appeals of Alabama. April 20, 1926.) Appeal from Circuit Court, Chilton County; G. F. Smoot, Judge.

RICE, J. Appeal dismissed.

---

(110 So. 921)

Ernest JEFFCOAT v. STATE. (4 Div. 233.) (Court of Appeals of Alabama. Nov. 9, 1926.) Appeal from Circuit Court, Pike County; W. L. Parks, Judge. Violating prohibition law.

SAMFORD, J. Appeal dismissed.

---

(110 So. 921)

J. C. JENKINS v. ERIC T. BABENDREER. (1 Div. 670.) (Court of Appeals of Alabama. Nov. 11, 1926.) Appeal from Circuit Court, Mobile County; J. W. Goldsby, Judge.

PER CURIAM. Appeal dismissed for want of prosecution.